

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAFIQ NAGHAM,

    Petitioner,

v.    Civil Action No. 3:15CV689–HEH

USDHS/IMMIGRATION CUSTOMS
ENFORCEMENT, *et al.*,

    Respondents.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on December 23, 2015, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address. On February 22, 2016, the United States Postal Service returned a February 10, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Released." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                              HENRY E. HUDSON
Date: March 9 2016        UNITED STATES DISTRICT JUDGE
Richmond, Virginia